THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, v. JOHNNY WILSON, Defendant-Appellant.

(No. 73-27;

Fifth District—April 4, 1974.

Opinion by Mr. PRESIDING JUSTICE G. MORAN.

Robert E. Farrell, Deputy Defender, of Mt. Vernon (Michael C. Dunston, Senior Law Student, of counsel), for appellant.

Robert H. Rice, State's Attorney, of Belleville (Clyde L. Kuehn, Assistant State's Attorney, of counsel), for the People.